■ FRIEDA TRAISTER, Respondent, v STANLEY WEISZ, Appellant.—In an action *inter alia* to (1) rescind a contract for the sale of real property and (2) compel defendant to return plaintiff's down payment, defendant appeals from a judgment of the Supreme Court, Suffolk County, entered June 23, 1975, which, after a nonjury trial, *inter alia,* (1) rescinded the contract and (2) directed him to return the down payment. Judgment affirmed, with costs, upon the opinion of Mr. Justice Aspland at Special Term. Latham, Acting P. J., Margett, Damiani, Rabin and Shapiro, JJ., concur.

■ DIANE ZOOK et al., Appellants, v HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent.—In an action against an insurer, *inter alia,* to recover damages for its failure to satisfy a judgment obtained against its insured, plaintiffs appeal from a judgment of the Supreme Court, Nassau County, entered March 12, 1976, in favor of defendant, upon the trial court's dismissal of the complaint at a jury trial. Judgment reversed, on the law, and new trial granted, with costs to abide the event. No fact findings have been presented for review. The factual issues raised at the trial should have been submitted to the jury for resolution. We note, however, that punitive damages are not warranted upon the facts of this case. Gulotta, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.